IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

SOUTHEAST TRAILER SALES AND SERVICE, LLC )
    Plaintiff )
)
v. ) Civil Action No. 3:09-CV-84
)
)
M M SPIRIT, INC. d/b/a AMERICAN SPIRIT )
    Defendant )

## DEFAULT JUDGMENT

The defendant, M M SPIRIT, INC. d/b/a AMERICAN SPIRIT, having failed to plead or otherwise defend in this action, and default having heretofore been entered; upon application of plaintiff and upon affidavit that defendant is indebted to plaintiff in the principal sum of $ 621,624.92 plus interest thereon; that defendant had been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain or for a sum which can by computation be made certain; it is hereby

ORDERED, ADJUDGED, and DECREED that plaintiff, SOUTHEAST TRAILER SALES AND SERVICE, LLC, recover of the defendant, M M SPIRIT, INC. d/b/a AMERICAN SPIRIT, the sum of $ 621,624.92 , plus costs and interest according to law from the date of this judgment until the entire amount is paid.

This judgment is entered by the Clerk at the request of the plaintiff and upon affidavit that said amount is due, in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure.

                                                  PATRICIA L. McNUTT, CLERK

                                                  By s/ A. Brush
                                                               Deputy Clerk